**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-60149-JB/DSW**

PRISCILLA CHRISTIE AND
AVA ALAYNA HARDEMON,

      Plaintiffs,

v.

FRANK J. BISIGNANO,

      Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
<u>REPORT AND RECOMMENDATION</u>**

**THIS CAUSE** comes before the Court on United States Magistrate Judge Detra Shaw-Wilder's Report and Recommendation ("Report"), ECF No. [13].  In the Report, Judge Shaw-Wilder recommends that the Court exercise its inherent power and dismiss this case without prejudice based on Plaintiffs' failure to comply with previous Court orders. *Id.*  No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

    1.  The Report, ECF No. [13], is **AFFIRMED** and **ADOPTED**.

    2.  Plaintiffs' Complaint against Defendant Frank J. Bisignano is **DISMISSED WITHOUT PREJUDICE**.

    3.  The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Miami, Florida, this 7th day of July, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**